# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| ROBERT DARRELL KING, | Civil No. C19-5476 RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulated motion of the parties, it is ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act ("Act"). 42 U.S.C. §§ 401-34. Upon remand, the Appeals Council will vacate the Appeals Council's dismissal of Plaintiff's request for review, treat the matter as if timely filed, ensure all documents submitted by the representative, including but not limited to representative briefs, are scanned and entered into the electronic folder, and reconsider Plaintiff's request for review of the Administrative Law Judge's decision. The constructive filing date of Plaintiff's request for review under 20 CFR §404.967 at the Appeals Council will remain the date of the original appeal, and the Appeals Council will expedite its reconsideration of the

Page 1    ORDER -

Plaintiff's request for review. The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g).

The parties further stipulate that Plaintiff is the prevailing party for the purpose of submitting a petition for EAJA fees and costs.

DATED this 21st day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3704
Fax: (206) 615-2531
summer.stinson@ssa.gov

By:*phone and email authorization to sign s/Michael P. Gilbert*
Michael P. Gilbert, appearing Pro Hac Vice for Plaintiff
OSB #932800

Page 2    ORDER -